IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

FILED
JAN 20 2026
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:26-CR-6 |
| | ) | |
| v. | ) | Possession of a Firearm by a Convicted |
| | ) | Felon (18 U.S.C. § 922(g)(1)) |
| TYNELL JONES, | ) | (Count One) |
| | ) | |
| Defendant. | ) | Forfeiture Allegation |

January 2026 Term – at Richmond, Virginia

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Possession of a Firearm by a Convicted Felon)

On or about October 4, 2025, in the Eastern District of Virginia, the defendant, TYNELL JONES, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Diamondback Arms, model DB-15, 5.56 caliber semi-automatic pistol bearing serial number DB1567077, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

**FORFEITURE ALLEGATION**

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of the offense charged in Count One of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) a Diamondback Arms, Inc., model DB-15, 5.56 caliber semi-automatic pistol bearing serial number DB1567077; and

(2) all accompanying magazines and ammunition.

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c) and Title 21, United States Code 853).

A TRUE BILL:

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office

Lindsey Halligan
United States Attorney and Special Attorney

Todd W. Blanche
Deputy Attorney General

By: ______________________________
Eric Gilliland
Special Assistant United States Attorney