IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYNELL JONES,<br><br>Defendant. | Case No. 3:26-cr-6 |

STATEMENT OF FACTS

The United States and the defendant, TYNELL JONES (hereinafter, "JONES"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. On or about October 4, 2025, in the Eastern District of Virginia, the defendant, JONES, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: a Diamondback Arms, Inc., Model DB-15, caliber 5.56, semi-automatic pistol, bearing serial number DB1567077, in and affecting interstate and foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

2. On October 4, 2025, Richmond Police Officers responded to the 400 Block of West Charity Street for the report of random gun fire. Upon arrival, officers observed a black male, later identified as Tynell JONES, wearing a blue denim jacket, a blue hoodie with the letters "GAP" on the front, blue sweatpants, and blue and white athletic shoe. JONES was running down the street carrying a semi-automatic pistol in his right hand.

3. Officers exited their vehicle and ordered JONES to drop the weapon and to get on the ground, which he did. Officers detained JONES and recovered the firearm that JONES was

carrying, to wit: a Diamondback Arms, Inc., Model DB-15, caliber 5.56, semi-automatic pistol, bearing serial number DB1567077.

4. Prior to October 4, 2025, JONES knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year and was in fact a convicted felon at the time of this incident. Specifically, in the United States District Court for the Eastern District of Virginia, on January 30, 2018, JONES was convicted of one count of Possession of a Firearm by a Convicted Felon, for which he was sentenced to 78 months imprisonment. JONES's past conviction was punishable by imprisonment for a term exceeding one year.

5. The firearm in question – a Diamondback Arms, Inc., Model DB-15, caliber 5.56, semi-automatic pistol, bearing serial number DB1567077 – was determined to be a firearm within the meaning of Title 18, United States Code, Section 921(a)(3).

6. This firearm was manufactured outside the Commonwealth of Virginia. Therefore, the firearm traveled in and affected interstate and foreign commerce prior to its recovery in Virginia on October 4, 2025.

7. This statement of facts includes only those facts necessary to support the defendant's plea. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

8. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General

Date: 5/26/26

By: ______________________
Eric Gilliland
Assistant United States Attorney

Jeremiah Johansen
Special Assistant United States Attorney

After consulting with my attorney and pursuant to my plea entered into this day, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

DATE: 5/24/26

TYNELL JONES

I am the attorney for the defendant, TYNELL JONES. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

DATE: 5/26/26

Carolyn Grady, Esq.
Attorney for TYNELL JONES