IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>TYNELL JONES,<br>Defendant. | Criminal No. 3:26-cr-6 |

**MOTION PURSUANT TO U.S.S.G. § 3E1.1(b)**

The United States of America, by counsel, moves this Court pursuant to U.S.S.G. § 3El.l(b) to grant an additional one-level reduction in the defendant's offense level for acceptance of responsibility. The United States represents that defendant, Tynell Jones, has assisted authorities in the investigation and prosecution of his own misconduct by timely notifying the United States of his intention to enter a plea of guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources efficiently.

Respectfully submitted,

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/
Jeremiah Johansen
Special Assistant United States Attorney

Eric Gilliland
Assistant United States Attorney

Eastern District of Virginia
919 East Main Street, Suite 1900
Richmond, Virginia 23219

Email: Jeremiah.Johansen@usdoj.gov
Telephone: (804) 819-5498